IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Mewawalla v. Middleman et al., No. 3:21-cv-09700-EMC (N.D. Cal.) | Misc. Case No. _____ |

NOTICE OF MOTION OF NON-PARTY MOVANTS
TO QUASH OR MODIFY SUBPOENA

Movants[1], by and through their undersigned attorneys and pursuant to Federal Rule of Civil Procedure 45, hereby move this Court for an order quashing a subpoena duces tecum (the "Subpoena") served on Deloitte Tax LLP ("Deloitte"). Movants incorporate herein by reference the accompanying Memorandum of Law, Declaration in Support, and Exhibits.

Dated: June 23, 2023

Respectfully submitted,

**BLANK ROME LLP**

By: */s/ Robert C. Levicoff*
Robert C. Levicoff (PA ID#200457)
Jeffrey Rosenthal (PA ID: 209334)
One Logan Square, 130 North 18th Street
Philadelphia, PA 19103-6998
(215) 569-5611
robert.levicoff@blankrome.com

---

[1] Michael Middleman; Scott Mustin; Fremont and Amherst Trust I; Fremont and Amherst Trust II; M&G Realty Enterprises, LLC; Marlton 20 Lake Center, LLC; Marlton 30 Lake Center, LLC; Marlton 40 Lake Center, LLC; Michael B. Middleman Family Trust; Gregory E. Middleman Family Trust; Archwell Holdings, LLC; Xpanse LLC; Archwell Management, LLC; M&G Investment Assets, LLC; Archwell Solutions LLC; Archwell Realty, LLC; Keystone B2B, LLC; Harrison National Employment, LLC; Inspire Closing Services, LLC; 741 SG Investments, LLC; 741 SG MBM, LLC; 741 SG GEM LLC; Middleman Children's Trust #2 f/b/o Michael B. Middleman; Middleman Children's Trust #2 f/b/o Gregory E. Middleman; GM 22Beach, LLC; G and M Investments LLC; G and M Investments II, LLC; G and M Investments – 10500 Kincaid, LLC; SMRG Enterprises, LLC; East Coast Trust I; East Coast Trust II.

*Attorneys for Movants*

*Michael Middleman; Scott Mustin; Fremont and Amherst Trust I; Fremont and Amherst Trust II; M&G Realty Enterprises, LLC; Marlton 20 Lake Center, LLC; Marlton 30 Lake Center, LLC; Marlton 40 Lake Center, LLC; Michael B. Middleman Family Trust; Gregory E. Middleman Family Trust; Archwell Holdings, LLC; Xpanse LLC; Archwell Management, LLC; M&G Investment Assets, LLC; Archwell Solutions LLC; Archwell Realty, LLC; Keystone B2B, LLC; Harrison National Employment, LLC; Inspire Closing Services, LLC; 741 SG Investments, LLC; 741 SG MBM, LLC; 741 SG GEM LLC; Middleman Children's Trust #2 f/b/o Michael B. Middleman; Middleman Children's Trust #2 f/b/o Gregory E. Middleman; GM 22Beach, LLC; G and M Investments LLC; G and M Investments II, LLC; G and M Investments – 10500 Kincaid, LLC; SMRG Enterprises, LLC; East Coast Trust I; East Coast Trust II*