# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAHUL MEWAWALLA,** : | |
|     **Plaintiff** : | |
| : | |
| **v.** : | **Misc. No. 23-102** |
| : | |
| **STANLEY C MIDDLEMAN, et al.,** : | |
|     **Defendants.** : | |

## O R D E R

**AND NOW**, this 1st day of August, 2023, upon consideration of Movants' request to file under seal an engagement letter containing sensitive and confidential business information, it is hereby **ORDERED** that their Motion for Leave to File Exhibit Under Seal (Doc. No. 2) is **GRANTED**. See Local R. Civ. P. 5.1.5.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.